UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ARI TEMAN,

                          Plaintiff,

             -against-

JOSEPH SOLEIMANI, ET AL.,

                          Defendants.

25-cv-8823 (LTS)

CIVIL JUDGMENT

For the reasons stated in the January 22, 2026, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's

judgment would not be taken in good faith.

SO ORDERED.

Dated:    January 28, 2026
          New York, New York

                                      /s/ Laura Taylor Swain
                                      LAURA TAYLOR SWAIN
                                      Chief United States District Judge